UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Allan Lewis

    v.

                        Case No. 25-cv-9-LM-AJ

NH Superior Court Chief Justice,
Mark Howard

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 7, 2026. For the reasons explained therein, the defendant's motion to dismiss (Doc. No. 13) is granted. The pending motions (Doc. Nos. 15, 16, 17, 18, 21) are denied as moot.

The clerk shall enter judgment and close this case.

_____
Landya B. McCafferty
United States District Judge

Date: May 7, 2026

Cc:  Christopher George Bond, Esq.
     Allan Lewis, pro se